E-FILED
Wednesday, 08 May, 2013 04:52:55 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 08 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 13-cr-20034 ) Vio: 18 U.S.C. § 1341 |
| VINCENT J. POSA, a/k/a "VINCENT JAMES," a/k/a "VINCENT GUIDA," | ) ) ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE
(Mail Fraud)

THE GRAND JURY CHARGES THAT:

### The Scheme To Defraud

1. Beginning on or about 2007, and continuing into 2012, in the Central District of Illinois, and elsewhere, the defendant,

**VINCENT J. POSA,**

knowingly devised and participated in a scheme to defraud an individual, J.H., by means of materially false and fraudulent pretenses, representations, promises, and material omissions.

2. The object of the scheme to defraud was to obtain money from J.H. by using false pretenses and representations, namely, that the defendant would invest

J.H.'s money in a corporation created by the defendant, Corsac, Inc. In reality, Corsac, Inc. was a fictional corporation created by the defendant.

3. As part of the scheme, the defendant, using the name Vincent James, entered into a false investment contract with J.H. The false contract stated that J.H. would provide investment capital to Corsac, Inc. and in exchange would receive a percentage of the profits realized by Corsac, Inc. Thereafter, J.H. would send periodic investment payments to Corsac, Inc. using the United States mails or interstate wire transfers. In reality, the funds sent by J.H. would be diverted for the defendant's personal use.

4. As a further part of the scheme, the defendant would send J.H. false investment statements with the account value of J.H.'s investment. For example, on or about November 6, 2010, the defendant using the name Vincent James informed J.H. that the account value was $320,447.00. As another example, on or about May 31, 2011, the defendant using the name Vincent James informed J.H. that the account value was $626,743.31.

5. In total, the scheme involved approximately 134 transactions from J.H. to Corsac, Inc. totaling $442,710.40.

## Executions of the Scheme to Defraud

6. On or about November 16, 2011, in Piatt County, in the Central District of Illinois, and elsewhere, the defendant,

## VINCENT J. POSA,

for the purpose of executing and attempting to execute the scheme to defraud and to obtain money did knowingly deposit or cause to be deposited, to be sent, and delivered by FedEx, a private interstate carrier, the following matter: cashier's checks from J.H. in Monticello, Illinois, as investment payments to Corsac, Inc. in Brooklyn, New York.

All in violation of Title 18, United States Code, Sections 1341.

## COUNT TWO
### (Mail Fraud)

1. The Grand Jury re-alleges and incorporates by reference Paragraph 1 through 5 of Count One of this Indictment as though fully set forth herein.

2. On or about May 8, 2012, in Piatt County, in the Central District of Illinois, and elsewhere, the defendant,

**VINCENT J. POSA,**

for the purpose of executing and attempting to execute the scheme to defraud and to obtain money did knowingly deposit or cause to be deposited, to be sent, and delivered by UPS, a private interstate carrier, the following matter: cashier's checks from J.H. in Monticello, Illinois, as investment payments to Corsac, Inc. in Brooklyn, New York.

All in violation of Title 18, United States Code, Sections 1341.

A TRUE BILL,

s/Foreperson

FOREPERSON

s/Eric Long

s/: JAMES A. LEWIS
UNITED STATES ATTORNEY

JMB

4