PROB 19A
(NYEP Rev. 10/13)

# UNITED STATES DISTRICT COURT
## for
## Eastern District of New York

U.S.A. vs Vincent Posa

Docket No.: 17-CR-312

## SUMMONS FOR PROBATIONER TO APPEAR

You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Vincent J. Posa | M | Caucasian | 43 |

**ADDRESS (STREET, CITY, STATE)**
2513 Tilden Avenue, Brooklyn, New York 11226

| SENTENCE IMPOSED BY | DATE IMPOSED |
|---|---|
| The Honorable Michael P. McCuskey, U.S. District Court Judge | April 3, 2014 |

**DATE, TIME AND PLACE TO APPEAR:** By teleconference: 877-810-9415 Access: 7139415
8/7/2020, 11:30am, 225 Cadman Plaza, Brooklyn, NY 11201

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| DOUGLAS C. PALMER | s/Erica Fernandez | 7/29/2020 |

### RETURN

| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE |
|---|---|---|
| 7/29/2020 | 8/3/2020 | 1. ☑ Copy of summons given to offender in person<br>2. ◯ Copy of summons mailed to offender's last known residence and leaving a copy at last known residence with some person of suitable age and discretion residing therein |

**SERVICE BY:** (Enter you name, title and business address here)
Kristen Aliperti, USPO, 147 Pierrepont St, Brooklyn, NY 11201

| SIGNATURE OF USPO: | DATE RETURNED TO CLERK'S OFFICE: |
|---|---|
| KA | 8/5/2020 |

[ SEND TO CLERK'S OFFICE ]   [ SEND TO PROBATION ]